UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS VILLEGAS-GARCIA,<br><br>Defendant | Case No.: 8:21-cr-00186-SVW<br><br>ORDER GRANTING MOTION TO RESENTENCING DEFENDANT TO CREDIT TIME SERVED |

The Court has read and considered the parties' joint motion and good cause appearing,

**IT IS HEREBY ORDERED** that defendant, Luis Villegas-Garcia, and the government's joint motion to impose a sentence of credit time served, three years' supervised release, and a special assessment of $100 is GRANTED. It is further ordered that defendant shall be released from the Bureau of Prisons custody forthwith.

DATED: June 28, 2023

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER - 1